Johnson v. South Central Regional Jail; 2:19-cv-00339

3571455

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Dorion Slaughter
Jarrod D Snavely #3484849
William C S [illegible] # 3512737
Jeremy Camp #3536754
Earl M. Hoover III 3554933
Joe [illegible] III 3516277

(Enter above the full name of the plaintiff or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

FILED
OCT - 1 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**VERSUS**

**CIVIL ACTION NO.** 2:18-cv-1335
*(Number to be assigned by Court)*

South Central Reg JAiL

(Enter above the full name of the defendant or defendants in this action)

## COMPLAINT

**I. Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ______ No ✓

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

Plaintiffs: ____________________

Defendants: ____________________

2. Court (if federal court, name the district; if state court, name the county);

3. Docket Number: ____________________

4. Name of judge to whom case was assigned:

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

6. Approximate date of filing lawsuit: ____________________

7. Approximate date of disposition: ____________________

**II. Place of Present Confinement:** SCRJ

A. Is there a prisoner grievance procedure in this institution?

Yes ✓ No ______

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ✓ No ______

C. If you answer is YES:

1. What steps did you take? put a Grievance in.

2. What was the result? No responce

D. If your answer is NO, explain why not: ______

**III. Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Joseph Lobuts III #3516277

Address: 509 vine St South Charleston wv 25309

B. Additional Plaintiff(s) and Address(es): Earl M. Hoover III

5 Don Lane white Plains NY 10607

Jeremy Camp 418 BAYCOR LANE CHAS, WV 25312

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: ____________________

is employed as: ____________________

at ____________________

D. Additional defendants: ____________________

____________________

____________________

____________________

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Earl Hoover, Black mold is everywhere, where we sleep, where we shower, where we work its on Everything + no one is doing A thing About it!!

I Jeremy Camp IS GOING THROUGH THIS OUTBREAK OF MOLD CAUSING ME TO COUGH CONSTANTLY AND STAY STUFFY IN THE NOSE

**IV. Statement of Claim (continued):**

why do we have to live in a unSanitary enviroment with Black mold on every wall including the cell wall's and the Shower wall's also in the Kitchen. Also every Kind of of hep A,B,C is on a outbreak right now and we can't even get bleach or cleaning supplys on a regular basis. Think the mold could be causing me to have shortness of breath.

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"Justice"

**V. Relief (continued)):**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**VII. Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

______________________________________________

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ______ No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

______________________________________________

______________________________________________

If not, state your reasons: ______________________________

______________________________________________

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ______ No __✓__

If so, state the lawyer's name and address:

______________________________________________

______________________________________________

Signed this 16th day of Sept, 2018.

1day 9th
Doreen Straughter 357175S

William C Sp

Jerry Crp

Earl M. Hoover III

Joe Lolis III

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/16/18.
(Date)

~~Joe Lolis III~~ Earl M. Hoover III
Signature of Movant/Plaintiff

______________________________
Signature of Attorney
(if any)



Earl M. Hoover III
1001 Centre Way
Charleston W.V. 25307

CHARLESTON WV 250
27 SEP 2018 PM 2 L

RECEIVED
OCT 1 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Clerk, United States District Court
P.O. Box 2546
Charleston, West Virginia 25329

25329-254646