IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

HARRY JOHNSON,

          Plaintiff,

v.                                      CIVIL ACTION NO. 2:19-cv-00339

SOUTH CENTRAL REGIONAL JAIL,

          Defendant.

MEMORANDUM OPINION AND ORDER

      This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On April 1, 2020, Magistrate Judge Tinsley submitted the Proposed Findings of Fact and Recommendation ("PF&R"), [ECF No. 7], recommending the court find that the plaintiff has failed to prosecute this civil action and to dismiss this matter for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. To date, no objections to Magistrate Judge Tinsley's PF&R have been filed, and the time period for the filing of objections has passed.

      Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **FINDS** that the plaintiff has failed to prosecute this action and **DISMISSES** this matter **without prejudice** for failure to prosecute,

pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. [ECF No. 7]. The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 29, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE